| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG  (GUAMBN 94012)<br>Assistant United States Attorney |

**FILED**

JAN 23 2007

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-70023-RS |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| HUY LE, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice as to defendant Huy Le.

DATED:                                                                 Respectfully submitted,

KEVIN V. RYAN
United States Attorney


/s/
MATTHEW A. PARRELLA
Chief, San Jose Branch

NOTICE OF DISMISSAL - No. 07-70023-RS

| | |
|---|---|
| 1 | Leave of Court is granted to the government to dismiss that complaint without prejudice as to |
| 2 | defendant Huy Le. |

Date: 1/23/07

RICHARD SEEBORG
United States Magistrate Judge

NOTICE OF DISMISSAL - No. 07-70023-RS   2